UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CATHERINE MENDENHALL ARMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STONEBRIDGE LIFE INSURANCE ) <br> COMPANY (Successor to JC Penney ) <br> Life Insurance Company), ) <br> ) <br> Defendant. ) | No. 3:10-CV-290 <br> Jordan/Guyton |

### ORDER OF DISMISSAL WITH PREJUDICE

The parties came before the Court and announced that all matters between them in controversy have been settled. Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that the plaintiff's Complaint is hereby dismissed with prejudice.

**ENTER:**

_____
United States District Judge

APPROVED FOR ENTRY:

LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC


BY: _s/ M. Andrew Pippenger_
M. ANDREW PIPPENGER (BPR #018183)
JONATHAN W. DOOLAN (BPR #024397)
*Attorneys for Defendant*
180 Market Place Blvd.
Knoxville, TN 37922
(865) 523-0404


By: _____
ROBERT J. ENGLISH (BPR# 001038)
*Attorney for Plaintiff*
706 S. Gay Street
Knoxville, TN 37902