UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CATHERINE MENDENHALL ARMS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:10-CV-290 |
| | ) Jordan/Guyton |
| STONEBRIDGE LIFE INSURANCE COMPANY (Successor to JC Penney Life Insurance Company), | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

The parties came before the Court and announced that all matters between them in controversy have been settled. Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that the plaintiff's Complaint is hereby dismissed with prejudice.

**ENTER:**

_____
United States District Judge

{01546876.DOC}

APPROVED FOR ENTRY:

LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC


BY:    s/ M. Andrew Pippenger
       M. ANDREW PIPPENGER (BPR #018183)
       JONATHAN W. DOOLAN (BPR #024397)
       *Attorneys for Defendant*
       180 Market Place Blvd.
       Knoxville, TN 37922
       (865) 523-0404


By:    [signature]
       ROBERT J. ENGLISH (BPR# 001038)
       *Attorney for Plaintiff*
       706 S. Gay Street
       Knoxville, TN 37902

{01546876.DOC}      2

Case 3:10-cv-00290-RLJ-HBG   Document 22   Filed 06/21/11   Page 2 of 2   PageID #: 154